PROCEEDINGS: JURY TRIAL - Day 1

Attorney Arriola was present with Plaintiffs Roman T. Cabrera, Roman Torres Cabrera, Jr., Ian Torres Cabrera, Aaron Torres Cabrera and Isabelle Cabrera. Attorneys Ramona Manglona and Clyde Lemons were present on behalf of Commonwealth of the Northern Mariana Islands, Hillary Tagabuel and Charlie Patris.

47 Potential jurors were present.

At 3:45 p.m. 6 regular jurors and 2 alternates were empaneled: 1) Dela Cruz, Natividad; 2) Sorensen, John; 3) Deleon Guerrero, Evelyn; 4) Sonoda, Susana; 5) Kisa, Manny; 6) Kapileo, Juliana; Alternate 1) Hocog, Estanislao; Alternate 2) Snodgrass, Maria.

Attorney Arriola moved for all witnesses to be excluded from the Courtroom until they testify; there being no objection. Court so ordered.

Court gave preliminary introduction to the trial.

Court excused the jurors for the evening at 3:50 p.m. and jurors were admonished not to talk with anyone regarding the case. Jurors were ordered to return to the Court at 10:00 a.m. tomorrow morning to continue with the trial.

All jurors were excused and left the Courtroom. Outside the presence of the jury, Attorney Arriola argued the Plaintiff's Motion in Limine. Discussion between the parties. Court ruled.

Defense moved to dismiss Does 1-10; there being no objection. Court so ordered.

;   [MCM EOD 12/12/2001]