MINUTE ENTRY   PROCEEDINGS: JURY TRIAL - Day 3

Attorney Arriola was present with Plaintiffs Roman T. Cabrera, Roman Torres Cabrera, Jr., Ian Torres Cabrera, Aaron Torres Cabrera and Isabelle Cabrera. Attorneys Ramona Manglona and Clyde Lemons were present on behalf of Commonwealth of the Northern Mariana Islands, Hillary Tagabuel and Charlie Patris. Six regular jurors and Two alternate jurors were present.

Defense began their case and called witness:

MICHAEL MANIBUSAN TAKAI. DX. CX.

Defense called witness:

JOE CEPEDA. (Detective w/ DPS). DX. Defendant's Ex. A . Defense moved to admit Ex. A into evidence. Plaintiff objected. Further testimony was given. Defense again moved to admit Ex. A into evidence. No objection. Court so ordered.

Court recessed at 11:15 a.m. and reconvened at 11:28 a.m.

Defense continued with DX of Joe Cepeda. CX. RDX. RXC.

Jurors were excused for lunch break at 12:00 noon and were ordered to return at 1:30 p.m.

At 2:15 p.m. Court reconvened, outside the presence of the jurors. Discussions commenced regarding previous ruling of the Court.

Jurors were brought back into the Courtroom at 2:23 p.m.

Defense called witness:

FRANKIE S. PANGELINAN. DX. Ex. C1, C3, and C5 were offered into evidence; there being no objection, Court so ordered. CX.

ANDREW TAIMANAO. DX. CX. RDX.

Court recessed at 3:25 p.m. and reconvened at 3:45 p.m.

HILLARY TAGABUEL. DX. Def. Ex. D1 (Photo of 410 Shotgun). Def. moved to admit D1 into evidence; Pltf objected. Defense continued with DX.

Court excused the jurors for the weekend at 4:30 p.m.and ordered that they return on Monday morning at 9:00 a.m.

;   [KLL EOD 12/17/2001]