MINUTE ENTRY  PROCEEDINGS: JURY TRIAL - Day 4

 Attorney Arriola was present with Plaintiffs Roman T. Cabrera, Roman Torres Cabrera,
 Jr., Ian Torres Cabrera, Aaron Torres Cabrera and Isabelle Cabrera.  Attorneys
Ramona Manglona and Clyde Lemons were present on behalf of Commonwealth of the
Northern Mariana Islands, Hillary Tagabuel and Charlie Patris.  Six regular jurors
and Two alternate jurors were present.

 Attorney Arriola began CX of witness Hillary Tagabuel.  Defense again moved to
admit D1 into evidence; there being no objection, Court so ordered.

 Court read a stipulation, entered into by all parties, to the jurors.

 Defense rested their case at 10:20 a.m.

 Plaintiff called rebuttal witness:

 AARON TORRES CABRERA. DX. CX.

 Plaintiff called rebuttal witness:

 ROMAN TORRES CABRERA, JR. DX. CX.

 Jurors were excused for morning break at 10:30 a.m.

 Outside the presence of the jury, Court heard defense motions for Judgment As A
Matter of Law on Counts IV, V, VII.  Court granted the motions.

 Jurors were brought back into the Courtroom at 11:00 a.m.  Court informed the
Jurors that Plaintiff's Ex. 5 was earlier entered into evidence outside their
presence and that they would receive that Exhibit.

 Court recessed at 11:05 a.m. for lunch break and reconvened at 1:50 p.m.

 Outside the presence of the jury Court inquired whether their were any exceptions
or objections to the jury instructions .  Counsel had no objections.

 Jurors were brought into the Courtroom at 1:55 p.m.

 Plaintiff began closing argument at 1:56 p.m. and concluded at 2:15 p.m.

 Defense began closing argument at 2:17 p.m. and concluded at 2:35 p.m.

 Plaintiff began final closing argument at 2:35 p.m. and concluded at 2:50 p.m.

 Court read jury instructions to the jury and the jurors began their deliberation at
3:20 p.m.

 Court recessed at 3:22 p.m.

 Jurors were excused for the evening at 4:30 p.m. and were ordered to return at 9:00
a.m. tomorrow morning to continue deliberation.

;   [KLL EOD 12/18/2001]